UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUGHES TECHNICAL SERVICES, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GLOBAL CONSULTING AND MECHANICAL : <br> SERVICES, LLC, : <br> : <br> Defendant. : | No. 5:20-cv-03885 |

**O R D E R**

**AND NOW,** this 15th day of December, 2020, upon consideration of the Defendant's motion to dismiss the Amended Complaint for lack of personal jurisdiction, *see* ECF No. 10, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Defendant's motion to dismiss, ECF No. 10, is **GRANTED.**

2. The Plaintiff's Amended Complaint, ECF No. 9, is **DISMISSED,** without prejudice to Plaintiff's re-filing this action in a court with the requisite personal jurisdiction over the Defendant.

3. This case is **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge